IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Robert Harpole, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| -vs- | ) | (jury demand) |
| | ) | |
| City of Chicago, Chicago Police | ) | |
| Officer Maher Suleiman, and | ) | |
| Chicago Police Officer M.A. Yusuf, | ) | |
| | ) | |
| *Defendants* | ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. § 1983. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1343 and 28 U.S.C. § 1367.

2. Plaintiff Robert Harpole is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation. Plaintiff asserts state law claims only against the City.

4. Defendants Maher Suleiman and M.A. Yusuf were at all times relevant acting under color of their office as Chicago police officers.

5. Defendants Suleiman and Yusuf, while working as Chicago police officers, arrested plaintiff on November 10, 2012.

6. At the time of plaintiff's arrest:

    a. Neither Suleiman nor Yusuf had a warrant authorizing plaintiff's arrest.

    b. Neither Suleiman nor Yusuf had observed plaintiff commit an offense.

    c. Neither Suleiman nor Yusuf had received information from any source that plaintiff had committed an offense.

7. In the course of arresting plaintiff, one or more of defendants Suleiman and Yusuf used excessive and unreasonable force, causing plaintiff to sustain personal injuries.

8. After arresting plaintiff, defendants Suleiman and Yusuf fabricated evidence and misled the office of the State's Attorney of Cook County thereby causing plaintiff to be charged with an offense. The fabricated evidence consisted of the false claim that plaintiff had committed a battery on Suleiman.

9. As the direct and proximate result of the above described wrongdoing, plaintiff was held at the Cook County Jail until he was released following his acquittal of all charges on May 9, 2014.

10. As a result of the foregoing, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of

the United States and subjected to a malicious prosecution, for which the City of Chicago is responsible, under Illinois law.

11. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff requests that compensatory damages in an amount in excess of one hundred thousand dollars be awarded against defendants and that punitive damages in an amount equal to six month's salary be awarded against defendants Suleiman and Yusuf.

        /s/ <u>Kenneth N. Flaxman</u>
        KENNETH N. FLAXMAN
        ARDC No. 830399
        Joel A. Flaxman
        200 S Michigan Ave Ste 201
        Chicago, IL 60604-2430
        (312) 427-3200
        *Attorneys for Plaintiff*