**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Robert Harpole, ) | |
| ) | |
| Plaintiff, ) | No. 14 C 8989 |
| ) | |
| v. ) | Judge Jorge L. Alonso |
| ) | |
| City of Chicago, Chicago Police Officer Maher ) | Magistrate Judge Brown |
| Suleiman, and Chicago Police Officer M.A. Yusuf, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

/s/ Kenneth N. Flaxman  (by consent)
Kenneth N. Flaxman
Attorney for Plaintiff, Robert Harpole
Law Offices of Kenneth N. Flaxman, P.C.
200 South Michigan Avenue, Suite 201
Chicago, Illinois 60604
(312) 363-8981
Attorney No. 08830399
DATE: December 4, 2015

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago
BY:
Liza M. Franklin, Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6216088
DATE: 12/4/15

Jason Marx, Assistant Corporation Counsel
Attorney for Defendants,
Maher Suleiman and Mohammed Yusuf
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-3902
Attorney No. 6279266
DATE: 12-4-15